1426

[Cite as *10/28/2002 Case Announcements,* 2002-Ohio-5854.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
## *October 28, 2002*

## MOTION AND PROCEDURAL RULINGS

**2001–1158.   Cincinnati SMSA L.P. v. Pub. Util. Comm.**
Public Utilities Commission, No. 93–1758–RC–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion for admission pro hac vice by Mark I. Wallch for Seamus C. Duffy,

IT IS ORDERED by the court that the motion for admission pro hac vice be, and hereby is, granted.

Cook, J., dissents.

**2002–1728.   In re Adoption of Morelli.**
Jefferson App. No. 02JE5, 2002-Ohio-5045. This cause is pending before the court as an appeal involving termination of parental rights/adoption. Upon consideration of appellants' motion for stay of judgment of the court of appeals,

IT IS ORDERED by the court that the motion for stay of judgment of the court of appeals be, and hereby is, granted.

Douglas, Pfeifer and Cook, JJ., dissent.

**2002–1730.   In re Adoption of Morelli.**
Jefferson App. No. 02JE6, 2002-Ohio-5045. This cause is pending before the court as an appeal involving termination of parental rights/adoption. Upon consideration of appellants' motion for stay of judgment of the court of appeals,

IT IS ORDERED by the court that the motion for stay of judgment of the court of appeals be, and hereby is, granted.

Douglas, Pfeifer and Cook, JJ., dissent.

**2002–1735.   Citicasters Co. v. Stop 26 Riverbend, Inc.**
Mahoning App. No. 01CA99, 2002-Ohio-5197. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for immediate stay of court of appeals' judgment,

IT IS ORDERED by the court that the motion for immediate stay of court of appeals' judgment be, and hereby is, granted.

Resnick, Pfeifer and Lundberg Stratton, JJ., dissent.

**2002–1817.   State ex rel. J.D. Partnership v. Delaware Cty. Bd. of Elections.**
Delaware App. No. 01CAD09042. This cause is pending before the court as an appeal from the Court of Appeals for Delaware County. Upon consideration of appellants' motion for stay of court of appeals' judgment.

IT IS ORDERED by the court that the motion for stay of court of appeals' judgment be, and hereby is, denied.

Resnick, J., dissents.

## DISCIPLINARY CASES

**2001–1203.   Cuyahoga Cty. Bar Assn. v. Rockman.**
IT IS ORDERED by this court, sua sponte, that Thomas G. Rockman, Attorney Registration No. 0033314, last known business address in Cleveland, Ohio, be found in contempt for failure to surrender